# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIOLA MORALES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNDER ARMOUR, Inc., a Maryland corporation, DOES 1 through 50, inclusive.<br><br>Defendants. | **CASE NO. 5:19-cv-00524 DOC (SHKx)**<br>**STATE COURT CASE NO. CIVDS1904171**<br><br>**ORDER DENYING MOTION TO REMAND CASE TO SAN BERNARDINO SUPERIOR COURT [11]**<br><br>**Date: May 13, 2019**<br>**Time: 10:00 a.m.**<br>**Room: 9D**<br><br>**Honorable David O. Carter** |

After reviewing the pleadings, exhibits and oral argument provided thereon, the Court rules as follows:

For the reasons stated on the record on 5/13/2019, the Motion to Remand Case to San Bernardino Superior Court [11] is DENIED.

SO ORDERED.

Date: May 14, 2019          *David O. Carter*

                         THE HONORABLE DAVID O. CARTER

                         CENTRAL DISTRICT COURT JUDGE